UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, et al.

In Re:

Carlis Johnson & Yolanda R. Robinson,

Debtors.

Case No.: 16-12596-JNP

Adv. No.: 

Chapter: 13

Hearing Date: 3/21/2017

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Denise Carlon, Esq.,
   ☒ am the attorney for: Special Loan Servicing, et al.
   ☐ am self-represented
   Phone number: 201-549-2363
   Email address: dcarlon@kmllawgroup.com

2. I request an adjournment of the following hearing:
   Matter: Motion for Relief from Stay
   Current hearing date and time: 4/4/2017
   New date requested: 4/18/2017
   Reason for adjournment request: To allow the parties additional time to resolve this matter amicably. Debtors are locating additional proofs of payment for research.

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

    below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 3/28/2017_____         /s/ Denise Carlon_____
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: __4/18/2017 at 10 am__    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2