UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, New Jersey 08360
P: 856-236-4374
F: 856-405-6769
Attorney for Debtor(s)

In Re:

Yolanda R. Robinson

**Order Filed on April 6, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:        16-12596

Chapter:        13

Judge:        Jerrold N. Poslusny

**AMENDED ORDER TO EMPLOYER TO PAY TO THE
CHAPTER 13 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: April 6, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, PURSUANT TO 11 U.S.C. § 1325(C) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee.

**Debtor's Employer and Address:**

State of New Jersey
Centralized Payroll
Garnishment and Child Support Services
33 West State Street
PO Box 207
Trenton, NJ 08625-0207

**Trustee to Whom Payments Must be Forwarded (and Address):**

Isabel C. Balboa, Chapter 13 Trustee
PO Box 1978
Memphis, TN 38101-1978

**Amount to be Deducted and Paid Per Pay Period:**

❐  Monthly   ☒  **Bi-Weekly** ❐   Weekly <u>**$ 850.00**</u>

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the
amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or
political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor,
or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll
procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment,
wage assignment, credit union or other purpose not specifically authorized by this Court shall be
made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall
constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to
the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this
order on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN
EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER
DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER
VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 16-12596-JNP
Carlis Johnson                                                       Chapter 13
Yolanda R Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Apr 06, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2017.
db/jdb          +Carlis Johnson,    Yolanda R Robinson,    331 Pitman Downer Road,    Sewell, NJ 08080-2440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S
               ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Moshe Rothenberg    on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Moshe Rothenberg    on behalf of Debtor Carlis Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Robert L. Saldutti    on behalf of Creditor    HELMER,   CONLEY, KASSELMAN, P.A.
               rsaldutti@salduticollect.com,   lmarciano@salduticollect.com;kcollins@slgcollect.com
                                                                                            TOTAL: 7