Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–12596–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlis Johnson
331 Pitman Downer Road
Sewell, NJ 08080

Yolanda R Robinson
331 Pitman Downer Road
Sewell, NJ 08080

Social Security No.:
xxx–xx–2987

xxx–xx–8567

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 9, 2016.

On 9/12/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:               October 18, 2017
Time:               10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 13, 2017
JAN: dmb

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 16-12596-JNP
Carlis Johnson                                                            Chapter 13
Yolanda R Robinson
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Sep 13, 2017
                              Form ID: 185                 Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db/jdb        +Carlis Johnson,   Yolanda R Robinson,    331 Pitman Downer Road,    Sewell, NJ 08080-2440
cr            +HELMER, CONLEY, KASSELMAN, P.A.,    Robert L. Saldutti, Esquire,    Saldutti, LLC,
                800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
515997206      ABC Bail Bonds, Inc.,    215 W Bridge St,    Morrisville, PA 19067-7118
516220636      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL 60197-5008
515997209      Heather Lynn Anderson,    25 Market St,    Trenton, NJ 08611-2148
515997210      Helmer Conley and Kasselman,    111 White Horse Pike,    Haddon Heights, NJ 08035-1909
515997215      Kennedy Health,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
515997216      Medeast Post Op,    PO Box 822796,    Philadelphia, PA 19182-2796
516114470      Navient Solutions, Inc.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516036623     +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,   Trenton, NJ 08625-0548
516185200      Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
515997220      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
516037061    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                Trenton, NJ 08695-0245)
515997221      Saldutti, LLC,   C/O Bail Bonds Of America,    800 Kings Hwy N Ste 300,
                Cherry Hill, NJ 08034-1511
515997223      South Jersey,    PO Box 5530,    Deptford, NJ 08096-0530
515997224      South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
515997225      South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
515997226      Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
515997227     +State of New Jersey Division of Taxation,    PO Box 106,    Trenton, NJ 08695-0001
516238102     +U.S. Bank, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515997228      Underwood Memorial Hospital,    509 N Broad St,    Woodbury, NJ 08096-1617
515997229      Verizon,   Bankruptcy Dept,    500 Technology Dr,    Saint Charles, MO 63304-2225
515997230      Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
516072130      Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,    PO Box 19657,
                Irvine CA 92623-9657
515997231      Zuckeer Steinberg and Wixted,    415 Federal St,    Camden, NJ 08103-1122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:24     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcy@southjerseyfcu.com Sep 13 2017 22:57:23     South Jersey FCU,
                1615 Hurffville Road,   PO Box 5530,    Deptford, NJ 08096-0530
516025887      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2017 23:02:02
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK 73124-8848
516114053      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2017 23:01:44
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
515997207      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2017 23:02:21     American Infosource LP,
                Att: Department 1,    PO Box 4457,    Houston, TX 77210-4457
515997208      E-mail/PDF: rmscedi@recoverycorp.com Sep 13 2017 23:01:39     Cascade Capital LLC,
                25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
515997213     +E-mail/Text: cio.bncmail@irs.gov Sep 13 2017 22:56:50     Internal Revenue Service,
                1601 Market St,   Philadelphia, PA 19103-2309
515997214      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2017 22:57:34     Jefferson Capital Systems,
                PO Box 7999,   Saint Cloud, MN 56302-7999
515997217      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2017 23:01:43     Midland Funding LLC,
                PO Box 4457,   Houston, TX 77210-4457
515997218      E-mail/PDF: pa_dc_claims@navient.com Sep 13 2017 22:54:53     Navient,   PO Box 9555,
                Wilkes Barre, PA 18773-9555
515997219      E-mail/Text: ebn@vativrecovery.com Sep 13 2017 22:57:03     Palisades Collections LLC,
                PO Box 40728,   Houston, TX 77240-0728
515997222      E-mail/Text: asmith@marcuslaw.net Sep 13 2017 22:57:57     Scott Marcus & Associates,
                121 Johnson Rd,   Turnersville, NJ 08012-1758
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2017
                             Form ID: 185             Total Noticed: 38

515997212*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   PO Box 724,   Springfield, NJ  07081)
515997211*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S
               ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Moshe  Rothenberg    on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Moshe  Rothenberg    on behalf of Debtor Carlis  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
               rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                             TOTAL: 7