# Office of the Chapter 13 Standing Trustee

**Isabel C. Balboa, Chapter 13 Standing Trustee†**

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

October 19, 2017

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
        Debtor(s) Name:    Carlis Johnson and Yolanda R. Robinson
        Case No:    16-12596 JNP
        Hearing Date:    N/A

Dear Judge Poslusny:

    Please accept this letter as a response to Debtor(s)' Motion/Application filed on October 13, 2017.

    The Trustee wishes to correct Mr. Rothenberg's Certification in Support of his supplemental fee. Mr. Rothenberg Certification states that he has applied for $$3,500.00 in this case and has been paid $3,160.00. However, Mr. Rothenberg applied for fees (including original retainer) in the amount of $4,400.00, and the Trustee disbursed $4,060.00 to him: $500.00 (pursuant to an Order dated September 9, 2016); $3,160.00 (pursuant to the December 9, 2016 confirmation Order); and $400.00 (pursuant to the May 10, 2017 confirmation Order). These sums are in addition to the $340.00 retainer reported in the Attorney Disclosure Statement.

    The Trustee does not oppose Mr. Rothenberg's request for another $700.00 in his current fee application.

    As always, the Court is welcome to contact the Trustee with any questions.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:    Moshe Rothenberg, Esquire  (Debtor(s)' Counsel)  (via Electronic Case Filing / ECF)
     Carlis Johnson and Yolanda R. Robinson  (Debtors')  (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**
P.O. Box 1978
Memphis, TN 38101-1978