| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
|---|---|
| | Case No.: 16-12596 |
| | Chapter: 13 |
| In Re:<br><br>Carlis Johnson & Yolanda R. Robinson | Hearing Date: N/A |
| | Judge: Jerrold N. Poslusny |

**Order Filed on October 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 23, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Carlis Johnson & Yolanda R. Robinson
Case No.: 16-12596/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

Case 16-12596-JNP    Doc 86-1    Filed 02/13/17    Entered 02/13/17 14:43:37    Desc Main
Proposed Order    Page 2 of 2