|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
| In Re:<br><br>    Carlis Johnson & Yolanda R. Robinson | |

**Order Filed on October 23, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-12596

Chapter: 13

Hearing Date: N/A

Judge: Jerrold N. Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 23, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Carlis Johnson & Yolanda R. Robinson

Case No.: 16-12596/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Carlis Johnson  
Yolanda R Robinson  
    Debtors

Case No. 16-12596-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 23, 2017  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.  
db/jdb        +Carlis Johnson,    Yolanda R Robinson,    331 Pitman Downer Road,    Sewell, NJ 08080-2440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Moshe Rothenberg     on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com, alyson@mosherothenberg.com  
         Moshe Rothenberg     on behalf of Debtor Carlis Johnson moshe@mosherothenberg.com, alyson@mosherothenberg.com  
         Robert J. Malloy     on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com  
         Robert L. Saldutti     on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@salduttiollect.com, lmarciano@salduttiollect.com;kcollins@slgcollect.com  
                                                                                                                        TOTAL: 7