| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |

**Order Filed on July 11, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

      Yolanda R. Robinson

Case No.: 16-12596

Chapter: 13

Judge: Jerrold N. Poslusny

## ORDER TERMINATING WAGE ORDER

The relief set on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 11, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtor(s):** Yolanda R. Robinson
**Case No.:** 16-12596/JNP
**Caption of Order:** Order Terminating Wage Order

---

<u>Yolanda R. Robinson</u>, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer <u>State of New Jersey,</u> to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and good cause appearing therefore;

**IT IS HEREBY**

**ORDERED** that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

**ORDERED** that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Carlis Johnson
Yolanda R Robinson
    Debtors

Case No. 16-12596-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 11, 2018
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db/jdb         +Carlis Johnson,    Yolanda R Robinson,    331 Pitman Downer Road,    Sewell, NJ 08080-2440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Moshe Rothenberg    on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com, alyson@mosherothenberg.com
        Moshe Rothenberg    on behalf of Debtor Carlis Johnson moshe@mosherothenberg.com, alyson@mosherothenberg.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST rsolarz@kmllawgroup.com
        Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
        Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                                                                                                                                                                                                                                            TOTAL: 9