Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−12596−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carlis Johnson                                  Yolanda R Robinson
331 Pitman Downer Road                          331 Pitman Downer Road
Sewell, NJ 08080                                Sewell, NJ 08080

Social Security No.:
  xxx−xx−2987                                   xxx−xx−8567

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on September 27, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 27, 2018
JAN: cmf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-12596-JNP
Carlis Johnson                                                  Chapter 13
Yolanda R Robinson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2                Date Rcvd: Sep 27, 2018
                               Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
```
db/jdb         +Carlis Johnson,    Yolanda R Robinson,    331 Pitman Downer Road,    Sewell, NJ 08080-2440
cr             +HELMER, CONLEY, KASSELMAN, P.A.,    Robert L. Saldutti, Esquire,    Saldutti, LLC,
                 800 N. Kings Highway, Suite 300,    Cherry Hill NJ 08034-1511
cr             +U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516220636       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
515997209       Heather Lynn Anderson,    25 Market St,   Trenton, NJ  08611-2148
515997210       Helmer Conley and Kasselman,    111 White Horse Pike,    Haddon Heights, NJ  08035-1909
515997215       Kennedy Health,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
515997216       Medeast Post Op,    PO Box 822796,    Philadelphia, PA  19182-2796
516036623      +Navient Solutions, Inc. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
515997220       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516037061     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515997221       Saldutti, LLC,    C/O Bail Bonds Of America,    800 Kings Hwy N Ste 300,
                 Cherry Hill, NJ  08034-1511
515997223       South Jersey,    PO Box 5530,   Deptford, NJ  08096-0530
515997224       South Jersey Gas,    PO Box 577,    Hammonton, NJ  08037-0577
515997225       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ  08043-7710
515997226       Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
515997227      +State of New Jersey Division of Taxation,    PO Box 106,    Trenton, NJ 08695-0001
517262619      +U.S. Bank Trust National Association, as Trustee,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517262620      +U.S. Bank Trust National Association, as Trustee,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038,   U.S. Bank Trust National Association, as,
                 c/o BSI Financial Services 75038-2480
516238102      +U.S. Bank, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515997228       Underwood Memorial Hospital,    509 N Broad St,    Woodbury, NJ  08096-1617
515997231       Zuckeer Steinberg and Wixted,    415 Federal St,    Camden, NJ  08103-1122
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: rharris@southjerseyfcu.com Sep 28 2018 00:04:35      South Jersey FCU,
                 1615 Hurffville Road,   PO Box 5530,    Deptford, NJ 08096-0530
515997206       E-mail/Text: maryanneabcbail@yahoo.com Sep 28 2018 00:05:34      ABC Bail Bonds, Inc.,
                 215 W Bridge St,   Morrisville, PA  19067-7118
516025887       EDI: AIS.COM Sep 28 2018 03:33:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
516114053       EDI: AIS.COM Sep 28 2018 03:33:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
515997207       EDI: AIS.COM Sep 28 2018 03:33:00      American Infosource LP,   Att: Department 1,
                 PO Box 4457,   Houston, TX  77210-4457
515997208       EDI: RECOVERYCORP.COM Sep 28 2018 03:33:00      Cascade Capital LLC,   25 SE 2nd Ave Ste 1120,
                 Miami, FL  33131-1605
515997213       EDI: IRS.COM Sep 28 2018 03:33:00      Internal Revenue Service,   1601 Market St,
                 Philadelphia, PA  19103-2301
515997214       EDI: JEFFERSONCAP.COM Sep 28 2018 03:33:00      Jefferson Capital Systems,   PO Box 7999,
                 Saint Cloud, MN  56302-7999
515997217       EDI: AIS.COM Sep 28 2018 03:33:00      Midland Funding LLC,   PO Box 4457,
                 Houston, TX  77210-4457
515997218       EDI: NAVIENTFKASMSERV.COM Sep 28 2018 03:33:00      Navient,   PO Box 9555,
                 Wilkes Barre, PA  18773-9555
516114470       EDI: NAVIENTFKASMSERV.COM Sep 28 2018 03:33:00      Navient Solutions, Inc.,   PO BOX 9640,
                 Wilkes-Barre, PA 18773-9640
516185200       EDI: NAVIENTFKASMSERV.COM Sep 28 2018 03:33:00      Navient Solutions, Inc. on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
515997219       E-mail/Text: ebn@vativrecovery.com Sep 28 2018 00:04:06      Palisades Collections LLC,
                 PO Box 40728,   Houston, TX  77240-0728
515997222       E-mail/Text: asmith@marcuslaw.net Sep 28 2018 00:05:01      Scott Marcus & Associates,
                 121 Johnson Rd,   Turnersville, NJ  08012-1758
515997229       EDI: VERIZONCOMB.COM Sep 28 2018 03:33:00      Verizon,   Bankruptcy Dept,   500 Technology Dr,
                 Saint Charles, MO  63304-2225
515997230       EDI: WFFC.COM Sep 28 2018 03:33:00      Wells Fargo Auto Finance,   PO Box 29704,
                 Phoenix, AZ  85038-9704
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 27, 2018
                              Form ID: 148             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516072130         EDI: WFFC.COM Sep 28 2018 03:33:00      Wells Fargo Bank N.A.,,
                  d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine CA 92623-9657
                                                                                                TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515997212*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ   07081)
515997211*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S
               ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF
               THE IGLOO SERIES III TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Moshe  Rothenberg    on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe  Rothenberg    on behalf of Debtor Carlis  Johnson moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF
               THE IGLOO SERIES III TRUST rsolarz@kmllawgroup.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
              Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A.
               rsaldutti@salduttiollect.com,    lmarciano@salduttiollect.com;kcollins@slgcollect.com
                                                                                                 TOTAL: 9
```