UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

CARLIS JOHNSON
YOLANDA R. ROBINSON

Case No: 16-12596-JNP

Hearing Date:

Judge: Jerrold N. Poslusny Jr.

Chapter: 13

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: September 27, 2018**

_Honorable Jerrold N. Poslusny, Jr._
United States Bankruptcy Court

IS_CHH_5001_OTBS

Case 16-12596-JNP    Doc 93-2    Filed 09/29/18    Entered 09/29/18 10:35:08    Desc
Proposed Order    Page 2 of 3

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒    The debtor(s)' case is hereby DISMISSED

☐    The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of __ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

   ☒    IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

   ☐    IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

IS_CHH_5001_OTBS

☐     IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of _____ due within __ days from the date of this Order.

☐     IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)' case.

☐     IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of

☐     This order incorporates a fee application for debtor(s)' attorney in the amount of _____ pending Court approval.

☐     A status hearing shall be held on _____.

3

IS_CHH_5001_OTBS

United States Bankruptcy Court
District of New Jersey

In re:   
Carlis Johnson   
Yolanda R Robinson   
    Debtors

Case No. 16-12596-JNP   
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Sep 27, 2018   
                  Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb         +Carlis Johnson,   Yolanda R Robinson,   331 Pitman Downer Road,   Sewell, NJ 08080-2440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for U.S ROF III Legal Title Trust 2015-1, by U.S Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com   
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com   
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com   
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com   
          Moshe Rothenberg    on behalf of Joint Debtor Yolanda R Robinson moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com   
          Moshe Rothenberg    on behalf of Debtor Carlis Johnson moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com   
          Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES III TRUST rsolarz@kmllawgroup.com   
          Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com   
          Robert L. Saldutti    on behalf of Creditor    HELMER, CONLEY, KASSELMAN, P.A. rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;kcollins@slgcollect.com   
                                                                                                                                     TOTAL: 9